IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BRYANT FRAZIER,            )<br>                              )<br>         Plaintiff,          )<br>                              )<br> v.                           )<br>                              )<br> SCOUTLOGIC, INC. and JF FITNESS OF )<br> NORTH AMERICA d/b/a CRUNCH  )<br> FITNESS,                     )<br>                              )<br>         Defendants.         )<br>                              )  | CIVIL ACTION NO:<br>3:24-cv-00716<br><br>JURY TRIAL DEMANDED |

### STIPLUATION OF DISMISSAL
### WITH PREJUDICE WITH RESPECT TO SCOUTLOGIC, INC.

Plaintiff Bryant Frazier and Defendant ScoutLogic, Inc., acting through their undersigned counsel, hereby stipulate that Plaintiff's claims against ScoutLogic, Inc. are dismissed with prejudice, with each party to bear its own costs and attorneys' fees. This dismissal does not affect the remaining defendant, JR Fitness of North America d/b/a Crunch Fitness.

DATED: October 10, 2024

**SO ORDERED**

/s/
M. Hannah Lauck
United States District Judge
1/28/25

Respectfully submitted,

*BRYAN FRAZIER, individually and on behalf of and all others similarly situated,*

By: /s/ Leonard A. Bennett
Leonard A. Bennett Va. Bar #37523
Craig C. Marchiando Va. Bar #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com

craig@clalegal.com

Andrew L. Weiner (admitted pro hac vice)
Georgia Bar No. 808278
Jeffrey B. Sand (admitted pro hac vice)
Georgia Bar No. 181568
WEINER & SAND LLC
800 Battery Ave. SE, Suite 100
Atlanta, Georgia 30339
(404) 205-5029 (Tel.)
(404) 254-0842 (Tel.)
(866) 800-1482 (Fax)
aw@wsjustice.com
js@wsjustice.com
Attorneys for Plaintiff

**ScoutLogic, Inc.**

/s/ John Willard Montgomery , Jr.
Traylor Montgomery & Elliott PC
130 E Wythe St
Petersburg, VA 23803
804-861-1122
Fax: 804-733-6022
Email: jmontgomery@tmande.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BRYANT FRAZIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO: |
| v. | ) 3:24-cv-00716 |
| | ) |
| SCOUTLOGIC, INC. and JF FITNESS OF | ) |
| NORTH AMERICA d/b/a CRUNCH | ) JURY TRIAL DEMANDED |
| FITNESS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing with the Court's CM/ECF system, which will send electronic notice of this filing to all counsel of record.

/s/ Leonard A. Bennett
Leonard A. Bennett Va. Bar #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com

3