UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BRYANT FRAZIER,**
*on behalf of himself and all others similarly situated*,

        **Plaintiff,**

v.                                                Case No. 3:24-cv-00716 (SLS)

**SCOUTLOGIC, INC.,** *et al.***,**

        **Defendant.**

## CONSENT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Bryant Frazier ("Plaintiff"), by counsel and with the consent of Defendant JF Fitness of North America d/b/a Crunch Fitness ("Defendant"), by counsel, hereby moves that Defendant be voluntarily dismissed *with prejudice* from this action.

Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the parties condition dismissal of this case on the Court reserving jurisdiction to enforce the terms of the parties' Settlement Agreement. Accordingly, Plaintiff and Defendant request that the Court, in granting this motion, expressly retain jurisdiction for that purpose.

A proposed order accompanies this consent motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order dismissing all claims against Defendant JF Fitness of North America d/b/a Crunch Fitness in the above-referenced matter with prejudice, while retaining jurisdiction to enforce the terms of Settlement Agreement between Plaintiff and Defendant.

Respectfully submitted,

**BRYANT FRAZIER**

By: */s/ Drew D. Sarrett*
Drew D. Sarrett, Esq.
CONSUMER LITIGATION
ASSOCIATES, P.C.
626 East Broad St., Ste. 300
Richmond, VA 23219
(757) 930-3660—Telephone
(757) 930-3662—Facsimile
Email: drew@clalegal.com

*Counsel for the Plaintiff*

**JF FITNESS OF NORTH AMERICA d/b/a CRUNCH FITNESS**

By: */s/ Faraaz A. Jindani*
Faraaz A. Jindani (VSB No. 87669)
Chartwell Law
4870 Sadler Road, Suite 300
Glen Allen, VA 23060
(804) 800-6762—Telephone
(610) 666-7704—Facsimile
Email: fjindani@chartwelllaw.com

*Counsel for Defendant, JF Fitness of North America d/b/a Crunch Fitness*