IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BRYANT FRAZIER, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 3:24-cv-716 (SLS) |
| ) | |
| SCOUTLOGIC, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**ORDER**

This matter comes before the Court on Plaintiff Bryant Frazier's Consent Motion to Dismiss with Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(2).[1] (ECF No. 45.) Plaintiff seeks to voluntarily dismiss Defendant JF Fitness of North America *d/b/a* Crunch Fitness from this action with prejudice, as all matters in controversy between the parties have been resolved. Defendant consents to the requested relief.

Having considered the Consent Motion and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court GRANTS the Consent Motion. (ECF No. 45.) All claims and causes of action asserted by Plaintiff against Defendant are DISMISSED WITH PREJUDICE, and the Court DIRECTS the Clerk to close the case. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

---

[1] This Rule provides, in relevant part, that "an action may be dismissed at the plaintiff's request only by court order on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/ 
Summer L. Speight
United States Magistrate Judge

Richmond, Virginia
Date: May 30, 2025